886 A.2d 679

Jeffrey Thomas ARTHURS, Appellant

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS
and Pennsylvania Board of Probation and Parole,
Appellees.

Supreme Court of Pennsylvania.

Nov. 29, 2005.

## ORDER

PER CURIAM:

AND NOW, this 29th day of November, 2005, the Order of the Commonwealth Court is REVERSED, and this matter is REMANDED to the Commonwealth Court for consideration of this court's decision in *McCray v. Pennsylvania Department of Corrections*, 582 Pa. 440, 872 A.2d 1127 (2005). The court is also directed to hold an evidentiary hearing on the merits in the event that it determines it has jurisdiction over this matter.